■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWNLEE, Appellant. [682 NYS2d 615] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered June 15, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction is not supported by legally sufficient evidence is unpreserved for appellate review (see, People v Vega, 183 AD2d 864). In any event, viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions, including the claim that his sentence was excessive, are without merit. Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. CARTER, Appellant. [682 NYS2d 358] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered November 29, 1995, convicting him of reckless endangerment in the first degree, resisting arrest, and criminal trespass in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Thompson, Santucci and McGinity, JJ., concur.